

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name: Tom J. Jones v. Home Holdings LP, and SWE Homes, First Castle Homes LP LLC and Juan Pareja

Appellate case number: 01-18-00134-CV

Trial court case number: 1105466

Trial court: County Civil Court at Law No. 2

Appellant filed a statement of inability to afford payment of court costs in the trial court. The appellate record does not indicate that the trial court overruled the party's claim of indigence. *See* TEX. R. APP. 20.1(b)(1). Appellant also filed a statement of inability to afford costs in this Court. We construe appellant's filing as his communication that he is presumed indigent. *See* TEX. R. APP. 20.1(b)(2). Appellant may therefore proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1(b)(1).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1(b)(1).

Judge's signature: /s/ Sherry Radack

☒ Acting individually   ☐ Acting for the Court

Date: June 5, 2018